IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAPHIC STYLES/STYLES INTERNATIONAL LLC,**<br>　　　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| **MEN'S WEAR CREATIONS and RICHARD KUMAR,**<br>　　　　　　Defendants. | NO.  14-4283 |

## O R D E R

AND NOW, this 12th  day of March, 2015, upon consideration of Motion by Plaintiff Pursuant to Fed. R. Civ. P. 4(f)(3) (ECF No. 4) and Plaintiff's Motion Showing Good Cause Not to Dismiss Pursuant to Fed R. Civ. P. 4(m) (ECF No. 7) and the briefing thereon, it is **ORDERED** that Plaintiff's Motion Pursuant to Fed R. Civ. P. 4(f)(3) is **DENIED WITHOUT PREJUDICE**.  It is **FURTHER ORDERED** that this action will not be dismissed pursuant to Rule 4(m) at this time.  Plaintiff shall proceed in accordance with the Memorandum Opinion issued herewith.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　　　────────────────────
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**