IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAPHIC STYLES/STYLES INTERNATIONAL LLC,**<br>　　　　　　Plaintiff,<br><br>v.<br><br>**MEN'S WEAR CREATIONS and RICHARD KUMAR,**<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br>NO.  14-4283 |

## O R D E R

**AND NOW**, this 25th day of January, 2016, upon consideration of Plaintiff Graphic Styles/Styles International LLC's Motion for Default Judgment (ECF No. 18); Plaintiff's Memorandum in Support of Submission to Show Cause (ECF No. 20); and Defendants' failure to respond, and for the reasons provided in the Court's Opinion of January 22, 2016 (ECF No. 21), **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED** and that:

(1) **DEFAULT JUDGMENT IS ENTERED IN FAVOR** of Plaintiff Graphic Styles/Styles International, LLC, and **AGAINST** Defendants Men's Wear Creations and Richard Kumar in the amount of $313,132.35 consisting of:

　　a)　Statutory damages totaling $300,000 for two violations of the Copyright Act;
　　b)　Attorney's fees in the amount of $12,571.50; and
　　c)　Costs in the amount of $560.85.

(2) Defendants Men's Wear Creations and Richard Kumar are **PERMANENTLY ENJOINED** from infringing, in any manner, the copyrighted images belonging to Plaintiff Graphic Styles/Styles International, LLC.

The Clerk of the Court is directed to close this case.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Wendy Beetlestone
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**